# Order

Michigan Supreme Court
Lansing, Michigan

May 17, 2017

154980

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

GARY TERRAIL MAHDI,
      Defendant-Appellee.

SC: 154980
COA: 327767
Oakland CC: 2014-252234-FH

_____/

On order of the Court, the application for leave to appeal the October 11, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 17, 2017



p0510

Clerk